**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION**

OLLIE LEE EVANS                                                          PLAINTIFF

VS.                                        CIVIL ACTION NO. 2:11cv27-KS-MTP

LAURA TILLEY, ET AL.                                                DEFENDANTS

<u>ORDER</u>

THIS MATTER is before the court on the Motion for a Preliminary Injunction and

Temporary Restraining Order [32] filed by Plaintiff.  The court, having considered the motion

and the applicable law, finds that the motion should be denied.

In his Motion [32], Plaintiff requests the court to issue a preliminary injunction and/or  a

temporary restraining order against Defendants.  However, he fails to identify the relief he seeks

or explain why he seeks such injunctive relief.  He references a supporting memorandum and

affidavits, but no such documents are attached to his motion.  Plaintiff's motion does not meet

his burden of establishing the four elements required to receive injunctive relief.  *See Women's*

*Med. Ctr. of Northwest Houston v. Bell,* 248 F.3d 411, 419 n.15 (5th Cir. 2001).   Accordingly,

IT IS, THEREFORE, ORDERED:

That Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order

[32] is denied.

SO ORDERED this the 23rd day of February, 2012.

s/ Michael T. Parker
United States Magistrate Judge