# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# HATTIESBURG DIVISION

**OLLIE LEE EVANS**                                                                    **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO. 2:11cv27-KS-MTP**

**LAURA TILLEY, ET AL.**                                             **DEFENDANTS**

## ORDER

THIS MATTER is before the court on the Motion for a Preliminary Injunction and Temporary Restraining Order [32] filed by Plaintiff. The court, having considered the motion and the applicable law, finds that the motion should be denied.

In his Motion [32], Plaintiff requests the court to issue a preliminary injunction and/or a temporary restraining order against Defendants. However, he fails to identify the relief he seeks or explain why he seeks such injunctive relief. He references a supporting memorandum and affidavits, but no such documents are attached to his motion. Plaintiff's motion does not meet his burden of establishing the four elements required to receive injunctive relief. *See Women's Med. Ctr. of Northwest Houston v. Bell,* 248 F.3d 411, 419 n.15 (5th Cir. 2001). Accordingly,

IT IS, THEREFORE, ORDERED:

That Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order [32] is denied.

SO ORDERED this the 23rd day of February, 2012.

                                                                             s/ Michael T. Parker
                                                                             United States Magistrate Judge