**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION**

**OLLIE LEE EVANS**                                                                                               **PLAINTIFF**

**VS.**                                                                      **CIVIL ACTION NO. 2:11cv27-KS-MTP**

**LAURA TILLEY, ET AL.**                                                                                **DEFENDANTS**

**ORDER**

THIS MATTER is before the court on the Plaintiff's Motion for Recusal [38]. Having considered the motion, the court finds that it should be denied.

In his one-paragraph Motion for Recusal [38], Plaintiff asks for a recusal of the undersigned because of racial discrimination, because he shows favoritism towards Defendants, and because he dismissed Plaintiff's racial discrimination claims "for no good reason." Plaintiff provides no support for his conclusory allegations. Plaintiff's motion is without merit and should be denied. *See United States v. Fraley*, 9 F.3d 103 (5th Cir. 1993) (stating that conclusory allegations that the magistrate judge was biased were legally insufficient to require recusal); *see also United States v. MMR Corp.*, 954 F.2d 1040, 1045 (5th Cir. 1992) (stating that "adverse rulings in a case are not an adequate basis for demanding recusal").

IT IS, THEREFORE, ORDERED:

1. That Plaintiff's Motion for Recusal [38] is DENIED.

2. It is the Plaintiff's responsibility to prosecute this case. Failure to advise this court of a change of address or failure to comply with any order of this court will be deemed as a purposeful delay and contumacious act by the Plaintiff and may result in the dismissal of this case.

SO ORDERED this 4th day of April, 2012.

                                                                                       s/ Michael T. Parker
                                                                                       United States Magistrate Judge